United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-1942

_____

Jonathan T. Garrett,                      *
                                       *

        Appellant,          *
                                       *   Appeal from the United States
  v.                          *   District Court for the
                                       *   Western District of Missouri.

P.W. Keohane, Warden, MCFP,    *
                                       *      [UNPUBLISHED]
        Appellee.          *

_____

Submitted:  November 7, 1997

Filed:  November 18, 1997

_____

Before McMILLIAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Federal prisoner Jonathan T. Garrett appeals from the district court's[1] dismissal without prejudice of his action against Warden P.W. Keohane.  Upon review of the record and the parties' submissions on appeal, we affirm the judgment of the district court.  See 8th Cir. R. 47B.

_____

[1]The Honorable Russell G. Clark, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.

A true copy.

Attest:

           CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.